IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GUN OWNERS OF AMERICA, INC. <br> 8001 Forbes Place <br> Suite 202 <br> Springfield, VA  22151 <br><br> GUN OWNERS FOUNDATION <br> 8001 Forbes Place <br> Suite 202 <br> Springfield, VA 22151 <br><br>                 Plaintiffs, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, <br> FIREARMS AND EXPLOSIVES <br> 99 New York Ave. NE <br> Washington, DC 20226 <br><br>                 Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. _____ |

**COMPLAINT**

Plaintiffs Gun Owners of America, Inc. and Gun Owners Foundation (together "Plaintiffs") bring this action against Defendant Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") to compel compliance with the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA").  As grounds therefor, Plaintiffs allege the following:

**JURISDICTION AND VENUE**

1. The Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

2. Venue is proper in this district pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

1

...

## PARTIES

3. Plaintiff Gun Owners of America, Inc. ("GOA") is a California non-stock corporation with its principal place of business in Springfield, Virginia. GOA is organized and operated as a non-profit membership organization, exempt from federal income taxes under Section 501(c)(4) of the Internal Revenue Code. GOA seeks to promote social welfare through informing and educating the public on, and conducting activities in defense of, the Second Amendment and the right to keep and bear arms.

4. Plaintiff Gun Owners Foundation ("GOF") is a Virginia non-stock corporation, with its principal place of business in Springfield, Virginia. GOF is organized and operated as a non-profit legal defense and educational foundation that is exempt from federal income taxes under Section 501(c)(3) of the U.S. Internal Revenue Code. GOF is supported by gun owners across the country.

5. Defendant Bureau of Alcohol, Tobacco, Firearms and Explosives is an agency within the meaning of 5 U.S.C. § 552(f), and is headquartered at 99 New York Avenue, NE, Washington, DC, 20226. Defendant has possession, custody, and control of records to which Plaintiffs seek access.

## STATEMENT OF FACTS

6. On January 8, 2020, Plaintiff GOA submitted a FOIA request through ATF's foiamail@atf.gov email address. A true and correct copy of the FOIA is attached as Exhibit A. The request was assigned the FOIA tracking number 2020-0280 by ATF.

7. The request sought records related to the existence of any ATF:

> program or activities (including through thirdparty contractors) which automatically capture, record, or catalog in any sort of database(s), information obtained from online Internet message boards and forums, or other social media platforms, with respect to political activity, the Second Amendment, constitutional

or other rights, the workings of government, or commerce in and ownership of firearms, firearm parts, ammunition, or accessories.

8. GOA's request also sought records:

related to any dragnet, mass gathering of data through use of "web scraping" or other means, using automated software to obtain and record information for future analysis or use. This would include, but is not limited to, activities by ATF Intelligence Research Specialists assigned to ATF's 25 Field Divisions, along with the ATF Internet Investigations Center.

9. Finally, GOA's request sought:

a copy of the ATF "Firearms and Internet Transactions Intelligence Assessment Report" from April 2016 that was identified in GAO Report GAO018-24 on page 16, along with any subsequent versions of that report.

10. By letter dated January 16, 2020, ATF acknowledged receipt of GOA's request, and assigned it reference number 2020-0280.

11. However, since then, ATF has failed to substantively respond to that request.

12. On June 11, 2020, GOA and GOF submitted another FOIA to ATF through [foiamail@atf.gov](foiamail@atf.gov), this time regarding any online "stings" conducted by ATF. A true and correct copy of that FOIA is attached as Exhibit B. ATF assigned this FOIA reference number 2020-0847.

13. This request sought records:

related to any online, Internet, or mail order operations or "stings" wherein ATF personnel have created a website, made Internet postings, sent emails or made other contacts, posted notices on websites, run advertisements, or in another way on an electronic platform offered for sale illegal items to include as firearms, suppressors, or parts, or items that are readily converted into illegal items. Examples of such activities could include, but are not limited to:

- Glock auto switches;
- "solvent traps" or fuel/oil "filters"; and
- "coat hangers" or "hooks" that resemble firearm or machinegun parts.

We also seek any records discussing the items in the above links, to the extent such records are not included in the request above.

3

14. To date, ATF has made no substantive response to FOIA Number 2020-0847.

15. Pursuant to 5 U.S.C. § 552(a)(6)(A)(i), Defendant was required to respond to Plaintiffs' FOIA requests within 20 working days of each request.  Defendant did not respond.

16. The statutory deadline to respond has long passed, and Defendant has failed to provide any documents responsive to Plaintiffs' FOIA requests.

17. Since Defendant failed to comply with the time limit set forth in 5 U.S.C. § 552(a)(6)(A)(i), Plaintiffs are deemed to have fully exhausted any and all administrative remedies with respect to their FOIA requests.  *See* 5 U.S.C. § 552(a)(6)(C).

18. Plaintiffs are nonprofit organizations seeking information with which to inform and educate the public about the workings of government.  Plaintiffs routinely publish and make publicly available information uncovered as a result of their FOIA requests.  Release of the records requested is in the public interest.

## CAUSE OF ACTION
**(Violation of FOIA, 5 U.S.C. § 552)**

19. Plaintiffs reallege paragraphs 1 through 18 as though fully set forth herein.

20. Defendant has failed to process and make a determination regarding Plaintiffs' FOIA requests within the statutory time limit, and is unlawfully withholding records requested by Plaintiffs pursuant to 5 U.S.C. § 552.

21. Plaintiffs are being irreparably harmed by reason of Defendant's unlawful withholding of requested records, and Plaintiffs will continue to be irreparably harmed unless Defendant is compelled to conform its conduct to the requirements of the law.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs Gun Owners of America, Inc. and Gun Owners Foundation request that the Court grant all appropriate relief for the violations of FOIA alleged above, including:

a. An order and judgment requiring Defendant to conduct a search for any and all records responsive to Plaintiffs' FOIA requests, and to demonstrate that it employed search methods reasonably likely to lead to the discovery of all records responsive to Plaintiffs' requests;

b. An order and judgment requiring Defendant to produce, by a date certain, any and all non-exempt records responsive to Plaintiffs' FOIA requests and a *Vaughn* index of any responsive records withheld under claim of exemption;

c. An order and judgment permanently enjoining Defendant from continuing to withhold any and all non-exempt records in this case that are responsive to Plaintiffs' FOIA requests;

d. Attorneys' fees and costs to Plaintiffs pursuant to any applicable statute or authority, including 5 U.S.C. § 552(a)(4)(E); and

e. Any other relief that this Court in its discretion deems just and proper.

/s/ Robert J. Olson
Robert J. Olson
(D.C. Bar No. 1029318)
Jeremiah L. Morgan
(D.C. Bar No. 1012943)
William J. Olson
(D.C. Bar No. 233833)
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (telephone)

                                                            703-356-5085 (fax)
wjo@mindspring.com (e-mail)

/s/ *Stephen D. Stamboulieh*
Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS  38654
(601) 852-3440
stephen@sdslaw.us
DC District Court Bar# MS0009

*Counsel for Plaintiffs*

Dated:  August 5, 2024.