UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>BUREAU OF ALCOHOL, TOBACCO,<br>FIREARMS AND EXPLOSIVES,<br><br>    Defendant. | Civil Action No. 24-2291 (JMC) |

## **JOINT STATUS REPORT**

Plaintiff, Gun Owners of America, Inc., and Gun Owners Foundation, (collectively "Plaintiffs") and Defendant, Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), through counsel, respectfully submit this joint status report pursuant to the Court's November 8, 2024, Scheduling Order (ECF No. 9) in this Freedom of Information Act ("FOIA") case:

1.      ATF previously reported that it completed its search for records responsive to Plaintiffs' FOIA requests. ATF made one production by letter dated November 25, 2024 of records responsive to FOIA request number 2020-0280. ATF previously reported that it did not locate records responsive to FOIA request number 2020-0847, and it informed Plaintiff of its search results in the same November 25, 2024 letter.

2.      The parties respectfully request that the Court allow Plaintiffs a reasonable amount of time to review the production and for the parties to confer over FOIA request number 2020-0847. The parties propose submitting another joint status report on or before March 18, 2025.

\*        \*        \*

Dated: December 18, 2024

/s/_____
Robert J. Olson
(D.C. Bar No. 1029318)
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
(703) 356-5070 (telephone)
(703) 356-5085 (fax)
rob@wjopc.com

Stephen D. Stamboulieh
(D.C. District Court Bar# MS0009)
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS  38654
(601) 852-3440 (telephone)
stephen@sdslaw.us


*Counsel for Plaintiffs*

Respectfully submitted,


MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By: */s/ Kimberly A. Stratton*
    KIMBERLY A. STRATTON
    P.A. Bar #327725
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    Ph: (202) 417-4216
    Email: kimberly.stratton@usdoj.gov

*Attorneys for the United States of America*