UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,<br><br>    Defendant. | Civil Action No. 24-2291 (JMC) |

## **JOINT STATUS REPORT**

Plaintiff, Gun Owners of America, Inc., and Gun Owners Foundation, (collectively "Plaintiffs") and Defendant, Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), through counsel, respectfully submit this joint status report pursuant to the Court's November 8, 2024, Scheduling Order (ECF No. 9) in this Freedom of Information Act ("FOIA") case:

1.    ATF previously reported that it completed its search for records responsive to Plaintiffs' FOIA requests. ATF made one production by letter dated November 25, 2024 of records responsive to FOIA request number 2020-0280. ATF previously reported that it did not locate records responsive to FOIA request number 2020-0847, and it informed Plaintiff of its search results in the same November 25, 2024 letter.

2.    The parties continue to confer over the ATF's response to FOIA request number 2020-0847. The parties respectfully request that the Court allow the parties a reasonable amount of time to confer to see if this case may be resolved without further litigation. The parties propose submitting another joint status report on or before September 12, 2025.

\*    \*    \*

Dated: June 16, 2025                               Respectfully submitted,

/s/_____
Robert J. Olson                                    JEANINE FERRIS PIRRO
(D.C. Bar No. 1029318)                             United States Attorney
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
(703) 356-5070 (telephone)                         By: */s/ Kimberly A. Stratton*
(703) 356-5085 (fax)                                   KIMBERLY A. STRATTON
rob@wjopc.com                                          P.A. Bar #327725
                                                       Assistant United States Attorney
Stephen D. Stambouileh                                 601 D Street, NW
(D.C. District Court Bar# MS0009)                      Washington, DC 20530
Stambouileh Law, PLLC                                  Ph: (202) 417-4216
P.O. Box 428                                           Email: kimberly.stratton@usdoj.gov
Olive Branch, MS 38654
(601) 852-3440 (telephone)                         *Attorneys for the United States of America*
stephen@sdslaw.us


*Counsel for Plaintiffs*