UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,<br><br>    Defendant. | Civil Action No. 24-2291 (JMC) |

**JOINT STATUS REPORT**

    Plaintiff, Gun Owners of America, Inc., and Gun Owners Foundation, (collectively "Plaintiffs") and Defendant, Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), through counsel, respectfully submit this joint status report pursuant to the Court's November 8, 2024, Scheduling Order (ECF No. 9) in this Freedom of Information Act ("FOIA") case:

    1.    ATF previously reported that it completed its search for records responsive to Plaintiffs' FOIA requests. ATF made one production by letter dated November 25, 2024 of records responsive to FOIA request number 2020-0280. ATF previously reported that it did not locate records responsive to FOIA request number 2020-0847, and it informed Plaintiff of its search results in the same November 25, 2024 letter.

    2.    The parties continue to confer over the ATF's response to FOIA request number 2020-0847. The parties respectfully request that the Court allow the parties a reasonable amount of time to confer to see if this case may be resolved without further litigation. The parties propose submitting a joint status report on or before December 11, 2025.

    \*    \*    \*

| | |
|---|---|
| Dated: September 12, 2025 | Respectfully submitted, |

/s/_____
Robert J. Olson
(D.C. Bar No. 1029318)
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
(703) 356-5070 (telephone)
(703) 356-5085 (fax)
rob@wjopc.com

Stephen D. Stamboulieh
(D.C. District Court Bar# MS0009)
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS  38654
(601) 852-3440 (telephone)
stephen@sdslaw.us

*Counsel for Plaintiffs*

JEANINE FERRIS PIRRO
United States Attorney


By: */s/ Kimberly A. Stratton*
    KIMBERLY A. STRATTON
    P.A. Bar #327725
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    Ph: (202) 417-4216
    Email: kimberly.stratton@usdoj.gov

*Attorneys for the United States of America*

2