UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,<br><br>    Defendant. | Civil Action No. 24-2291 (JMC) |

## JOINT STATUS REPORT

Plaintiff, Gun Owners of America, Inc., and Gun Owners Foundation, (collectively "Plaintiffs") and Defendant, Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), through counsel, respectfully submit this joint status report pursuant to the Court's November 8, 2024, Scheduling Order (ECF No. 9) in this Freedom of Information Act ("FOIA") case:

1. The parties previously report that the only remaining dispute involved ATF's search for records responsive to FOIA request number 2020-0847. See Joint Status Report (ECF No. 13). The parties were unable to resolve Plaintiff's concerns through informal negotiations. Additionally, the parties have been unable to agree on a briefing schedule for summary judgment, and lay out their respective proposals below:

**Plaintiffs' Proposal for Briefing**:

| | |
|---|---|
| January 30, 2026 | Defendants' Motion for Summary Judgment |
| February 20, 2026 | Plaintiffs' combined Opposition to Defendant's Motion and Cross Motion for Summary Judgment |
| March 6, 2026 | Defendants' combined Reply in further support of its Motion for Summary Judgment and Opposition to Plaintiffs' Cross-Motion |
| March 20, 2026 | Plaintiffs' Reply in further support of their Cross-Motion |

While sensitive to the press of impending deadlines, Plaintiffs submit that Defendant's proposal of three months for briefing even to begin is far too long. Plaintiffs believe that their proposal strikes a reasonable balance between providing sufficient time to the agency and counsel to prepare their filing, while also moving this case towards completion.

**Defendant's Position for Briefing**:

| | |
|---|---|
| March 10, 2026 | Defendants' Motion for Summary Judgment |
| April 23, 2026 | Plaintiffs' combined Opposition to Defendant's Motion and Cross Motion for Summary Judgment |
| May 21, 2026 | Defendants' combined Reply in further support of its Motion for Summary Judgment and Opposition to Plaintiffs' Cross-Motion |
| June 12, 2026 | Plaintiffs' Reply in further support of their Cross-Motion |

Defendant's proposed schedule accounts for the time that ATF requires to prepare a draft affidavit, time for the undersigned counsel to draft a motion for summary judgment, and time for those drafts to undergo mandatory internal review. Defendant's proposed schedule further accounts for commitments that the undersigned counsel has in other cases, which includes approximately twelve substantive motions between the date of this filing and January 30th. Defendant's proposed schedule also accounts for the undersigned counsel's pre-planned leave from January 5th – 8. For these reasons, Defendant respectfully request a reasonable amount of time to file its motion for summary judgment.

Dated: December 11, 2025                    Respectfully submitted,

/s/_____
Robert J. Olson                             JEANINE FERRIS PIRRO
(D.C. Bar No. 1029318)                      United States Attorney
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
(703) 356-5070 (telephone)                  By: */s/ Kimberly A. Stratton*
(703) 356-5085 (fax)                            KIMBERLY A. STRATTON
rob@wjopc.com                                   P.A. Bar #327725
                                                Assistant United States Attorney
Stephen D. Stamboulieh                          601 D Street, NW
(D.C. District Court Bar# MS0009)               Washington, DC 20530
Stambouliah Law, PLLC                           Ph: (202) 417-4216
P.O. Box 428                                    Email: kimberly.stratton@usdoj.gov
Olive Branch, MS 38654
(601) 852-3440 (telephone)                  *Attorneys for the United States of America*
stephen@sdslaw.us


*Counsel for Plaintiffs*

3